Earl WILLIAMS, Appellant,

v.

UNITED STATES.

No. 16943.

United States Court of Appeals
Eighth Circuit.

Jan. 2, 1962.

Earl Williams, pro se.

D. Jeff Lance, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellee.

George NAPIER, Sr., Appellant,

v.

VETERANS ADMINISTRATION, Sumner G. Whittier, Administrator, and United States of America.

No. 13464.

United States Court of Appeals
Third Circuit.

Argued Jan. 8, 1962.

Decided Feb. 20, 1962.

Conrad J. Lynn, New York City, for appellant.

Richard A. Levin, Asst. U. S. Atty., Newark, N. J. (Chester A. Weidenburner, U. S. Atty., by Charles H. Hoens, Jr., Asst. U. S. Atty., Newark, N. J., on the brief), for appellees.

Before BIGGS, Chief Judge, and GOODRICH and GANEY, Circuit Judges.

PER CURIAM.

We can find no error in this record. The decisive issues are fully set out and correctly disposed of by the well reasoned opinion of Judge Wortendyke, D.C., 187 F.Supp. 723. Accordingly the judgment will be affirmed.

UNITED STATES, Appellant,

v.

Silas REDDING, Jr., et al.

No. 16954.

United States Court of Appeals
Eighth Circuit.

Jan. 10, 1962.

Charles M. Conway, U. S. Atty., Ft. Smith, Ark., for appellant.

Roy Gean, Jr., Ft. Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 196 F. Supp. 871, dismissed on motion of appellant.